1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   WILLIE WEAVER,                         No.  2:17-cv-0724-EFB P

11                  Plaintiff,

12          v.                              ORDER AND FINDINGS AND
                                            RECOMMENDATIONS
13   RON LLOYD CONNELLY,

14                  Defendant.

15

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On April 20, 2017, the court found that plaintiff had failed to pay the $400 filing

18   fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the

19   affidavit and trust account statement required by 28 U.S.C. § 1915(a).  Accordingly, the court

20   ordered plaintiff to submit either the filing fee or the application required by § 1915(a) within

21   thirty days and warned him that failure to do so may result in this action being dismissed.  The

22   time for acting has passed and plaintiff has not paid the filing fee, submitted an application for

23   leave to proceed in forma pauperis or otherwise responded to the court's order.

24          Accordingly, it is hereby ORDERED that the Clerk is directed to randomly assign a

25   United States District Judge to this case.

26          Further, it is RECOMMENDED that this action be dismissed without prejudice.

27          These findings and recommendations are submitted to the United States District Judge

28   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 30, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE